IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-11444

---

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

　　v.

MICHAEL MIN CHUL PAK

　　　　Defendant - Appellant

---

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of March 11, 2005, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with court reporter.

　　　　　　　　　　CHARLES R. FULBRUGE III
　　　　　　　　　　Clerk of the United States Court
　　　　　　　　　　of Appeals for the Fifth Circuit

　　　　　　By: /s/ Debbie Kranz
　　　　　　　　　Debbie Kranz, Deputy Clerk

　　　　ENTERED AT THE DIRECTION OF THE COURT

DIS-2

*A true copy*
*Test:*
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
　　　Deputy
New Orleans, Louisiana    MAR 11 2005

**FILED**
United States Court of Appeals
Fifth Circuit
March 11, 2005
Charles R. Fulbruge III
Clerk

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 29 2005
CLERK, U.S. DISTRICT COURT
By_____ Deputy

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 11, 2005

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102



        No. 04-11444  USA v. Pak
        USDC No.  4:04-CR-108-1

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Debbie Kranz, Deputy Clerk
    504-310-7698

cc: w/encl:
    Mr Anthony Hamilton Green
    Ms Nancy E Larson

MDT-1