U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 5 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA          )
                                  )
vs.                               )    CRIMINAL NO: 4:04-CR-108-A (01)
                                  )    MAGISTRATE NO: _____
Michael MinChul Pak               )

## REQUEST FOR RELEASE OF BOND MONEY

My name is Arch C. McColl, III _____ and on the 16th day of

July _____, 2004, I posted cash bail in the sum of $ 2,000.00

for the defendant in the above styled and numbered cause.  It is my understanding that the case

against the above named defendant has been disposed of and hereby request that the United

States Attorney prepare a Release and file the same with the United States District Clerk's

Office.  I attach the original receipt to this request.

Arch C. McColl, III
_____
Signature

Arch C. McColl, III
_____
Name - Printed

1601 Elm St #2000
_____
Address

Dallas     Tx        75201
_____
City       State      Zip Code

MAIL TO OR RETURN TO:
U. S. District Clerk's Office
501 West 10th Street, Room 310
Ft. Worth, TX 76102

Attention: Financial Section

Fri Jul 16 14:01:05 2004

UNITED STATES DISTRICT COURT

, TX

Receipt No.    400 49568
Cashier           woodruff

Tender Type  CHECK

Check Number: 564802424

Transaction Type   C

Case No./Def No. 4:04-CR-108-01/   1

DO Code        Div No        Acct
4677              4            604700

Amount                  $   2000.00

CASH BAIL 4:04-CR-108-01 MICHAEL MIN
CHUL PAK BY MCCOLL & MCCOLLOCH

1601 ELM # 2000 DALLAS TX 75201 214-
979-0999

bn

Fri Jul 16 14:01:05 2004

Check No. 564802424
Amount$ 2000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4677